UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**PEN PAL, LLC,**

        **Plaintiff,**

  v.                                 **Civil Action 2:23-cv-2871**
                                       **Judge Sarah D. Morrison**
                                       **Magistrate Judge Chelsey M. Vascura**

**SAHAR MIZRA,**

        **Defendant.**

## OPINION AND ORDER

This matter is before the Court on Plaintiff's Second Motion for Service by Publication. (ECF No. 20.) For the reasons set forth in the Court's November 15, 2024, Order (ECF No. 19) Plaintiff's Motion is **GRANTED**.

Accordingly, Plaintiff shall effect service on Defendant Sahar Mizra by publishing a notice in The Jerusalem Post. The notice shall include the summons for the present action and a web address (URL) to enable Defendant to download the Complaint and Exhibits. The notice shall be published every day for four weeks.

Plaintiff is **ORDERED** to file a written **REPORT** on or before **JANUARY 31, 2025**, specifying the dates of publication so that Defendant's answer deadline can be ascertained.

**IT IS SO ORDERED.**

                                          /s/ *Chelsey M. Vascura*
                                          CHELSEY M. VASCURA
                                          UNITED STATES MAGISTRATE JUDGE